**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>HEATHERSHAW, ANN MARIE E.<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 06B-15854 JS<br><br>JUDGE JOHN SQUIRES |

**TRUSTEE'S FINAL REPORT**

To:   THE HONORABLE JOHN SQUIRES
      BANKRUPTCY JUDGE

NOW COMES DAVID GROCHOCINSKI, TRUSTEE, herein, and respectfully submits to the Court and to the United States Trustee his Final Report and Account in accordance with 11 U.S.C. §704(9).

1.   DAVID GROCHOCINSKI, TRUSTEE was appointed as the Chapter 7 trustee ("Trustee"). The Petition commencing this case was filed on 12/01/06. The Trustee was appointed on 12/01/06. An order for relief under Chapter 7 was entered on 12/01/06.

2.   The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A. The Trustee has not found it advisable to oppose the Debtor(s) discharge.

3.   The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.   A summary of the Trustee's Final Report as of 3/5/08 is as follows:

    a. RECEIPTS (See Exhibit C)      $ 17,086.71

    b. DISBURSEMENTS (See Exhibit C)      $ 14.89

    c. NET CASH available for distribution      $ 17,071.82

    d. TRUSTEE/PROFESSIONAL COSTS
       1. Trustee compensation requested (See Exhibit E)      $ 2,458.67
       2. Trustee Expenses (See Exhibit E)      $ 0.00
       3. Compensation requested by attorney or other
          professionals for trustee (See Exhibit F)      $ 3,030.16
    e. Illinois Income Tax for Estate (See Exhibit G)      $ 0.00

5.     The Bar Date for filing unsecured claims expired on 06/19/07.

6.     All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

    a. Allowed unpaid secured claims      $ 0.00

    b. Chapter 7 Administrative and 28 U.S.C. §1930 claims      $ 5,488.83

    c. Allowed Chapter 11 Administrative Claims      $ 0.00

    d. Allowed priority claims      $ 0.00

    e. Allowed unsecured claims      $ 26,314.07

7.     Trustee proposes that unsecured creditors receive a distribution of 44.02% of allowed claims.

8.     Total compensation and expense previously awarded to Trustee's counsel, accountant or other professional was $0.00. Professional's compensation and expense requested but not yet allowed is $3,030.16. The total of Chapter 7 professional fees and expenses requested for final allowance is $5,488.83. (A summary of the professional fees and expenses previously requested is attached hereto as Exhibit G.)

9.     A fee of $1,100.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

Dated: 1/21/08                                         RESPECTFULLY SUBMITTED,


                                                       By:/s/David Grochocinski
                                                           DAVID GROCHOCINSKI, TRUSTEE
                                                           1900 RAVINIA PLACE
                                                           ORLAND PARK, IL  60462
                                                           Telephone # (708) 226-2700

Grochocinski, Grochocinski & Lloyd, Ltd.
1900 Ravinia Place
Orland Park, IL  60462


Invoice submitted to:
Heathershaw, Ann Marie


January 21, 2008


Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| | General administration | | | |
| 1/1/2007 | DEG | Review of schedules and financial affairs prior to 341 meeting<br>General administration | 0.80<br>350.00/hr | 280.00 |
| 1/5/2007 | DEG | Receipt review of letter and information requested<br>General administration | 1.00<br>350.00/hr | 350.00 |
| | DEG | Receipt and review of letter and documentation from debtor's attorney and 2005-2004 tax return; etc.<br>General administration | 1.50<br>350.00/hr | 525.00 |
| | DEG | Receipt and review of fax from Hcuk Bouma regarding property located at 13229 Jasmine Lane, Huntly, IL and deceased husband's assets; represents the children of debtor<br>General administration | 0.30<br>350.00/hr | 105.00 |
| 1/8/2007 | DEG | Search value of home on Zillow.com<br>General administration | 0.30<br>350.00/hr | 105.00 |
| 1/11/2007 | DEG | Telephone conference with Liz Bates regarding interest of children in case<br>General administration | 0.80<br>350.00/hr | 280.00 |
| 1/15/2007 | DEG | Receipt and review of letter from Elizabeth Bates regarding funds from real property; transfers etc.<br>General administration | 0.30<br>350.00/hr | 105.00 |
| 1/22/2007 | DEG | Letter to attorney for debtor regarding documents and information<br>General administration | 0.30<br>350.00/hr | 105.00 |
| 2/1/2007 | DEG | Facsimile letter to E. Bates with information received from debtor's attorney; call to discuss<br>General administration | 0.20<br>350.00/hr | 70.00 |
| | DEG | Telephone conference with Chase Bank regarding deceased husband of debtor<br>General administration | 0.20<br>350.00/hr | 70.00 |



Heathershaw, Ann Marie                                                                              Page     2

|            |     |                                                                                      | Hrs/Rate        | Amount    |
|------------|-----|--------------------------------------------------------------------------------------|-----------------|-----------|
| 2/6/2007   | DEG | Telephone conference with Chase Bank<br>General administration                       | 0.20<br>350.00/hr | 70.00   |
|            | DEG | Telephone conference with Jon Heathershaw regarding hearing on 2/13/07<br>General administration | 0.30<br>350.00/hr | 105.00 |
| 2/19/2007  | DEG | Email from DEG to J. Watson regarding ok with $7,000 on the car<br>General administration | 0.20<br>350.00/hr | 70.00 |
| 2/28/2007  | DEG | Email from attorney regarding settlement proposal; email in return ok to include $1400 turnover funds in figure to settle; she to send letter to confirm<br>General administration | 0.50<br>350.00/hr | 175.00 |
| 3/7/2007   | DEG | Email to Watson regarding confirmation of settlement<br>General administration       | 0.30<br>350.00/hr | 105.00 |
|            | DEG | Email to Bates regarding first meeting<br>General administration                     | 0.30<br>350.00/hr | 105.00 |
| 3/8/2007   | DEG | Email from E. Bates, children do not want to pursue the matter<br>General administration | 0.10<br>350.00/hr | 35.00 |
|            | DEG | Email to Watson; no need to attend on 3/14<br>General administration                 | 0.20<br>350.00/hr | 70.00  |
|            | DEG | Email from Bates; no pursuit of matters by children; satisfied with results of documents<br>General administration | 0.30<br>350.00/hr | 105.00 |
| 3/9/2007   | DEG | Email from Watson; will send formal settlement agreement shortly<br>General administration | 0.20<br>350.00/hr | 70.00 |
| 3/16/2007  | DEG | Receipt and review of letter from Watson regarding settlement terms<br>General administration | 0.30<br>350.00/hr | 105.00 |
| 3/19/2007  | DEG | Email to Watson terms are acceptable of letter dated 14th; will draft application and order and set for a date in April<br>General administration | 0.20<br>350.00/hr | 70.00 |
| 4/13/2007  | DEG | Obtain W-9 for deposit to be made on 4/20/07<br>General administration               | 0.20<br>350.00/hr | 70.00  |
| 4/19/2007  | DEG | Receipt of letter and check in the amount of $17,000; open accounts and deposit same<br>General administration | 0.80<br>350.00/hr | 280.00 |
| 4/23/2007  | DEG | Letter to accountant; with necessary information to prepare tax returns<br>General administration | 0.80<br>350.00/hr | 280.00 |
| 5/31/2007  | DEG | Reviewed claims filed to date, recheck 7/07<br>General administration                | 0.50<br>350.00/hr | 175.00 |
| 7/12/2007  | DEG | Final review of claims docket<br>General administration                              | 0.80<br>350.00/hr | 280.00 |
| 1/17/2008  | DEG | Receipt and review of tax letter from accountant<br>General administration          | 0.20<br>375.00/hr | 75.00  |
| 1/21/2008  | DEG | Prepared final report<br>General administration                                     | 2.50<br>375.00/hr | 937.50 |
|            |     | SUBTOTAL:                                                                     [    | 14.60           | 5,177.50] |
|            |     | For professional services rendered                                                   | 14.60           | $5,177.50 |

# EXHIBIT B

## DISPOSITION OF ESTATE PROPERTY

| Scheduled Property and Disposition | Amount Realized |
|---|---|
|  |  |

| Unscheduled Property | Amount Realized |
|---|---|
| See Forms 1 & 2, attached hereto |  |

 

TOTAL RECEIPTS $ 17,086.71

TOTAL SCHEDULED VALUE
OF PROPERTY ABANDONED $ 3,550.00

TOTAL SCHEDULED VALUE
OF EXEMPT PROPERTY $ 98,774.64

**EXHIBIT C**

**CASH RECEIPTS AND DISBURSEMENTS**

Case 06-15854    Doc 26    Filed 03/05/08    Entered 03/05/08 14:28:52    Desc Main
Document    Page 7 of 19

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06B-15854 JS  
**Case Name:** HEATHERSHAW, ANN MARIE E.  

**Trustee:** (520067) DAVID GROCHOCINSKI, TRUSTEE  
**Filed (f) or Converted (c):** 12/01/06 (f)  
**§341(a) Meeting Date:** 01/09/07  

**Period Ending:** 03/05/08  

**Claims Bar Date:** 06/19/07  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CASH | 4,300.00 | 0.00 | DA | 0.00 | FA |
| 2 | CHECKING ACCOUNTS | 9,351.90 | 0.00 | DA | 0.00 | FA |
| 3 | SECURITY DEPOSIT | 1,940.00 | 0.00 | | 0.00 | FA |
| 4 | HOUSEHOLD GOODS | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 5 | WEARING APPAREL | 300.00 | 0.00 | | 0.00 | FA |
| 6 | JEWELRY | 600.00 | 0.00 | DA | 0.00 | FA |
| 7 | LIFE INSURANCE POLICIES | 3,750.00 | 0.00 | | 0.00 | FA |
| 8 | IRA | 78,182.74 | 0.00 | | 0.00 | FA |
| 9 | 2005 NISSAN | 14,000.00 | 4,600.00 | | 4,600.00 | FA |
| 10 | FRAUDULENT TRANSFER (u) | 10,000.00 | 10,000.00 | | 12,400.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 86.71 | Unknown |
| 11 | Assets  Totals (Excluding unknown values) | $123,924.64 | $14,600.00 | | $17,086.71 | $0.00 |

**Major Activities Affecting Case Closing:**

SETTLED TRANSFER ISSUES; SENT FINAL REPORT TO US TRUSTEE'S OFFICE 1/21/08

Printed: 03/05/2008 09:38 AM    V.10.03

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06B-15854 JS  
**Case Name:** HEATHERSHAW, ANN MARIE E.  

**Trustee:** (520067)   DAVID GROCHOCINSKI, TRUSTEE  
**Filed (f) or Converted (c):** 12/01/06 (f)  
**§341(a) Meeting Date:** 01/09/07  

**Period Ending:** 03/05/08  

**Claims Bar Date:** 06/19/07

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>  Abandoned  <br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** April 30, 2008    **Current Projected Date Of Final Report (TFR):** April 30, 2008

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 06B-15854 JS
**Case Name:** HEATHERSHAW, ANN MARIE E.
**Taxpayer ID #:** 13-7563452
**Period Ending:** 03/05/08

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****53-65 - Money Market Account
**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/20/07 | | ANN M. HEATHERSHAW | PAYMENT PER ORDER APPROVING SETTLEMENT | | 17,000.00 | | 17,000.00 |
| | {9} | | 4,600.00 | 1129-000 | | | 17,000.00 |
| | {10} | | 12,400.00 | 1249-000 | | | 17,000.00 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.11 | | 17,002.11 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.38 | | 17,011.49 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.78 | | 17,020.27 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.69 | | 17,029.96 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.39 | | 17,039.35 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.49 | | 17,047.84 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 10.01 | | 17,057.85 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 8.87 | | 17,066.72 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 8.69 | | 17,075.41 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 7.80 | | 17,083.21 |
| 02/11/08 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2007 FOR CASE #06B-15854, BOND #016026455  - TERM 2/1/08-2/1/09 | 2300-000 | | 14.89 | 17,068.32 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 3.50 | | 17,071.82 |

Subtotals :    **$17,086.71**    **$14.89**

{} Asset reference(s)

Printed: 03/05/2008 09:38 AM    V.10.03

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 06B-15854 JS  
**Case Name:** HEATHERSHAW, ANN MARIE E.  

**Taxpayer ID #:** 13-7563452  
**Period Ending:** 03/05/08  

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****53-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 17,086.71 | 14.89 | $17,071.82 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 17,086.71 | 14.89 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$17,086.71** | **$14.89** | |

{} Asset reference(s)            Printed: 03/05/2008 09:38 AM    V.10.03

## Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 06B-15854 JS | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|
| Case Name: | HEATHERSHAW, ANN MARIE E. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****53-66 - Checking Account |
| Taxpayer ID #: | 13-7563452 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 03/05/08 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

```
Net Receipts :       17,086.71
                   ─────────────
Net Estate :        $17,086.71
```

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****53-65** | 17,086.71 | 14.89 | 17,071.82 |
| **Checking # ***-*****53-66** | 0.00 | 0.00 | 0.00 |
| | $17,086.71 | $14.89 | $17,071.82 |

{} Asset reference(s)                                                                          Printed: 03/05/2008 09:38 AM    V.10.03

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>HEATHERSHAW, ANN MARIE E.<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 06B-15854 JS<br><br>JUDGE JOHN SQUIRES |

**PROPOSED DISTRIBUTION REPORT**

I, <u>DAVID GROCHOCINSKI, TRUSTEE</u>, herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---:|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 5,488.83 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 11,582.99 |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ 17,071.82 |

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| Secured Claims | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $ 5,488.83 | 100.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| ADMIN1 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 900.00 | 900.00 |
| ADMIN2 | GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | 2,085.00 | 2,085.00 |
| ADMIN3 | GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | 45.16 | 45.16 |
| ADMIN4 | DAVID GROCHOCINSKI, TRUSTEE | 2,458.67 | 2,458.67 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL        $ | 0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(4) - Contributions to Employee Benefit Funds | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL        $ | 0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL        $ | 0.00 |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL        $ | 0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(7) - Alimony | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL        $ | 0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §724(b)(6) - Tax Liens: | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(8) - Tax claims excluding fines and penalties | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(9) - Capital Commitments to FDIC, et al. | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(2) - General Claims (To be paid <u>pro-rata</u> after costs of administration and priority claims are paid in full) | $ 26,314.07 | 44.02% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| 001 | BANK OF AMERICA NA USA | 8,548.34 | 3,762.83 |
| 002 | CITIBANK SD NA | 13,897.30 | 6,117.35 |
| 003 | SALLIE MAE EDUCATION CREDIT FINANCE CORP | 3,145.95 | 1,384.79 |
| 004 | CHASE BANK | 722.48 | 318.02 |
| | | TOTAL $ | 11,582.99 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | General Unsecured Subordinated claims | $ 0.00 | 0.00% |

| **CLAIM NUMBER CREDITOR** | | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
|---|---|---|---|
| | TOTAL | $ | 0.00 |

| **15.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| §726(a)(3) - Late unsecured claims | | $         0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL | $ | 0.00 |

| **16.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| §726(a)(4) - Fines/penalties | | $         0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL | $ | 0.00 |

| **17.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| §726(a)(5) - Interest | | $         0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL | $ | 0.00 |

| **18.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| §726(a)(6) - Surplus to Debtor | | $         0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL | $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | **DISALLOWED /WITHDRAWN (DESIGNATE)** |
|---|---|---|---|---|

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____        _____
                                    DAVID GROCHOCINSKI, TRUSTEE

## PROFESSIONAL FEES AND EXPENSES

|  | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---:|---:|---:|
| **Attorney for Trustee** | | | |
| GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. Fees | 0.00 | 2,085.00 | |
| GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. Expenses | 0.00 | 45.16 | |
| | | | 2,130.16 |
| **Accountant for Trustee** | | | |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC Fees | 0.00 | 900.00 | |
| | | | 900.00 |
| **Attorney for Debtor** | | | 0.00 |
| **Other Professionals** | | | 0.00 |
| TOTALS | $ 0.00 | $ 3,030.16 | $ 3,030.16 |

1