**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN RE:  
HEATHERSHAW, ANN MARIE E.

CHAPTER 7 CASE

CASE NO. 06B-15854 JS

JUDGE JOHN SQUIRES

Debtor(s)

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At: DuPage County Courthouse  
    505 N. County Farm Road, Courtroom 2000  
    Wheaton, Illinois 60187

    on: **April 18, 2008**  
    at: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                             $         17,086.71

    b. Disbursements                        $              14.89

    c. Net Cash Available for Distribution  $         17,071.82

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC (Trustee's Accountant Fees) | 0.00 | $900.00 | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. (Trustee's Firm Legal Fees) | 0.00 | $2,085.00 | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. (Trustee's Firm Legal Expenses) | 0.00 | | $45.16 |
| DAVID GROCHOCINSKI, TRUSTEE (Trustee Fees) | 0.00 | $2,458.67 | |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are: N/A

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $26,314.07 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 44.02%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 001 | BANK OF AMERICA NA USA | $ 8,548.34 | $ 3,762.83 |
| 002 | CITIBANK SD NA | $ 13,897.30 | $ 6,117.35 |

| 003 | SALLIE MAE EDUCATION CREDIT FINANCE CORP | $ 3,145.95 | $ 1,384.79 |
| 004 | CHASE BANK | $ 722.48 | $ 318.02 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing: books and records of the debtor, cash, checking account, household goods and jewelry.


Dated: March 12, 2008              For the Court,

                                   **KENNETH S. GARDNER**
                                   Kenneth S. Gardner
                                   Clerk of the U.S. Bankruptcy Court
                                   219 S. Dearborn Street; 7th Floor
                                   Chicago, IL  60604

Trustee:   DAVID GROCHOCINSKI, TRUSTEE
Address:   1900 RAVINIA PLACE
           ORLAND PARK, IL  60462
Phone No.: (708) 226-2700

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

...854   Doc 34   Filed 03/12/08   Entered 03/14/08 23:52:22   Desc Imaged
            Certificate of Service          Page 4 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 1          Date Rcvd: Mar 12, 2008
Case: 06-15854                Form ID: pdf002          Total Served: 30


The following entities were served by first class mail on Mar 14, 2008.
 db          +AnnMarie E. Heathershaw,    150 W Maple,    Apt 1001,    Chicago, IL 60610-2893
 aty         +Arthur W Rummler,    Grochocinski, Grochoinski & Lloyd Ltd,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
 aty         +Janet L Watson,    Law Offices of Janet L Watson,    330 South Naperville Road,   #405,
               Wheaton, IL 60187-5442
 tr          +David E Grochocinski,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
11041495      AT&T Universal,    Cardmember Services,    P. O. Box 44167,    Jacksonville, FL 32231-4167
11041494     +Advantage Ambulance, Inc.,    8400 W 183rd Pl.,    Tinley Park, IL 60487-9205
11041496      Bank Of America,    P. O. Box 1390,    Norfolk, VA 23501-1390
11091728     +Bank of America NA USA,    Attn Mr M BK,    P O Box 53160,    Phoenix, AZ 85072-3160
11041497      Bp Amoco,    P. O. Box 689014,    Des Moines, IA 50368-9014
11041498      Capital One,    P. O. Box 30285,    Salt Lake City, UT 84130-0285
11041499      Chase,    P. O. Box 15298,    Wilmington, DE 19850-5298
11404691      Chase Bank,    PO BOX 15145,    Wilmington, DE 19850-5145
11041500     +Citi cards,    P. O. Box 6000,    The Lakes, NV 89163-0001
11173462      Citibank (South Dakota) N.A.,    Exception Payment Processing,    P.O. Box 6305,
               The Lakes, NV 88901-6305
11041501     +City Of Lombard,    P. O. Box 3366,    Oakbrook, IL 60522-3366
11041502      Digestive Health Services, SC,    Suite 302,    3825 Highland Ave,    Downers Grove, IL 60515-1562
11041503      Dupage Emergency Physicians,    P. O.Box 88495,    Department A,    Chicago, IL 60680-1495
11041504     +Dupage Medical Group,    1860 Paysphere Circle,    Chicago, IL 60674-0018
11041505      Edfinancial Services,    Dept 888055,    Knoxville, TN 37995-8055
11041506      Elk Grove Radiology,    Suite 6500,    75 Remittance Drive,    Chicago, IL 60675-6500
11041492     +Heathershaw AnnMarie E,    1312 S Finley Road #1-G,    Lombard, IL 60148-4342
11041507      King Size,    P. O. Box 182273,    Columbus, OH 43218-2273
11041493     +Law Offices Of Janet L Watson,    330 S Naperville Rd Suite 405,    Wheaton, IL 60187-5442
11041508     +Mbna America,    P. O. Box 15206,    Wilmington, DE 19850-5206
11041509      Meijer,    P. O. Box 981064,    El Paso, TX 79998-1064
11041510      Retail Services,    Costco,    P. O. Box 17298,    Baltimore, MD 21297-1298
11041511     +Richard T. Heathershaw,    % Cathy Cannataro, Trustee,    141 Charter Oaks Drive,
               Castlerock, CO 80108-9263
11041512      Sallie Mae - Ffelp,    1002 Arthur Drive,    Lynn Haven, FL 32444-1683
11276029     +Sallie Mae Education Credit Finance Corp.,    C/O Sallie Mae, Inc.,    220 Lasley Ave.,
               Wilkes-Barre, PA 18706-1430
11041513     +WFNNB,    Bankruptcy Department,    P. O. Box 182125,    Columbus, OH 43218-2125

The following entities were served by electronic transmission.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 aty*        +David E Grochocinski,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 14, 2008**          **Signature:** *Joseph Speetjens*