## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN

IN RE:                                          CHAPTER 7 CASE
HEATHERSHAW, ANN MARIE E.
                                                CASE NO. 06B-15854 JS

                                                JUDGE JOHN SQUIRES
            Debtor(s)

### ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Trustee's compensation | $ | 2,458.67 |
| 2. | Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 2,458.67 |
| 3. | Chapter 11 Trustee's compensation | $ | 0.00 |
| 4. | Chapter 11 Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Attorney for the Trustee | | |
| | a. Compensation | $ | 2,085.00 |
| | b. Expenses | $ | 45.16 |
| | c. Chapter 11 Compensation | $ | 0.00 |
| | d. Chapter 11 Expenses | $ | 0.00 |
| 2. | Accountant for the Trustee | | |
| | a. Compensation | $ | 900.00 |

1

b. Expenses                                              $_____0.00

c. Chapter 11 compensation                              $_____0.00

d. Chapter 11 Expenses                                  $_____0.00

3.    Other Professionals

                                    TOTAL               $_____3,030.16

        IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the
Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

ENTERED

DATED this_____ day of _____ , 200 ___ .        APR 1 8 2008

                                                        John H. Squires Bankruptcy Judge
                                                        UNITED STATES BANKRUPTCY COURT

                        ENTERED    _____
                                   JOHN SQUIRES
                                   UNITED STATES BANKRUPTCY JUDGE