UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| HEATHERSHAW, ANN MARIE E. | ) | CASE NO. 06 B 15854 |
| | ) | |
| | ) | |
| DEBTOR(S). | ) | HON. JOHN SQUIRES |

**NOTICE OF FILING OF U.S. TRUSTEE'S**
**MEMORANDUM OF REVIEW OF TRUSTEE'S FINAL ACCOUNT**

**To:**   **David Grochocinski, Esq.**
         **1900 Ravinia Place**
         **Orland Park, IL   60462**
         **Registrant's  e-mail: dgrochocinski@ggl-law.com**

**Please Take Notice** that on **June 24, 2008**, the United States Trustee for the Northern District of Illinois filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois the U.S. Trustee's Memorandum of Review of the Trustee's Final Account, a copy of which is herewith served upon you.

The United States Trustee has reviewed the Trustee's Final Account and Application to Close Case and Discharge the Trustee in accordance with the standards set forth in the Memorandum of Understanding dated April 1, 1999, and has no objection to the Trustee's certification that the estate has been fully administered and is ready to close.

                                              WILLIAM T. NEARY
                                              UNITED STATES TRUSTEE

DATED: June 24, 2008                By:   /s/ Dean C. Harvalis
                                                      Assistant U.S. Trustee
                                                        Attorney ID# 03122564
                                                        Office of the U.S. Trustee
                                                        219 South Dearborn Street, Room 873
                                                       Chicago, IL 60603
                                                       (312) 886-5783

**CERTIFICATE OF SERVICE**

      I, Dean C. Harvalis, Attorney for U. S. Trustee, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, service on the Trustee of the above Notice of Filing of U.S. Trustee's Memorandum of Review of Trustee's Final Account was accomplished through the Court's Electronic Notice for Registrants on June 24, 2008.

                                                        /s/ Dean C. Harvalis